FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, exs rel. UPPI, LLC; and UPPI, LLC, qui tam as Relator,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>TRILLAMED, LLC, and PETNET SOLUTIONS, INC.,<br><br>                                        Defendants. | NO:  2:17-CV-395-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

The Relator UPPI, LLC having filed a Notice of Voluntary Dismissal of this

action, ECF No. 9, and the United States having filed its Notice of Consent to

Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), ECF No. 10,

the Court rules as follows:

**IT IS HEREBY ORDERED**:

1.      This action is dismissed without prejudice and without costs as to

        Relator UPPI, LLC and as to the United States; and

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2. The sealed contents of the Court's file in this action shall remain under seal and shall not be made public.

The District Court Clerk is directed to enter this Order and provide copies to counsel and **close this case**.

**DATED** November 26, 2018.

_____s/ Rosanna Malouf Peterson_____
ROSANNA MALOUF PETERSON
United States District Judge